John F. White, as Administrator of the Estate of Donald J. White, Deceased, Appellant, *v.* City of New York, Respondent.

Argued March 1, 1951; decided April 5, 1951.

*Benjamin H. Siff* and *Sidney R. Siben* for appellant.

*John P. McGrath, Corporation Counsel* (*Fred Iscol* and *Seymour B. Quel* of counsel), for respondent.

Order of the Appellate Division, insofar as it reverses the order of the Special Term permitting service of a new notice of claim, affirmed. Appeal from the order of the Appellate Division, insofar as it reverses the order of the Special Term permitting discontinuance of the action, dismissed on the ground that that part of the order does not finally determine the action within the meaning of the Constitution. No costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND. DYE. FULD and FROESSEL, JJ.